# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 6D2023-0882, 6D2023-2147
CONSOLIDATED
Lower Tribunal No. 16-CP-1243

_____

LANCE MCKINNEY, ESQ., as Curator of the ESTATE OF ADELAIDE TUNNELL,

Appellant,

v.

ELLEN JONES, as Personal Representative of the ESTATE OF LORETTA THOMAS,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Donald H. Mason, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and GANNAM, JJ., concur.


Stacy L. Haverfield, of Stacy L. Haverfield, P.A., Fort Myers, for Appellant.

Patrick J. Reilly, of Snyder & Reilly, Trial Lawyers, Venice, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED